Louis R. Martinez, Esq. (LM9155)
Stephan A. Fisher, Esq. (SF8134)
MARTINEZ & RITORTO, P.C.
30 Wall Street, 8th Floor
New York, New York 10005
Tel. (212) 248-0800
Attorneys for Defendant
DELTA AIR LINES, INC.
i/s/h/a Delta Air Line, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENAE KASSOTIS and DANA STRICKER,<br><br>         Plaintiffs,<br> -against-<br><br>DELTA AIR LINE, INC., DELLA BROWN, and TARA CARR,<br><br>         Defendants. | Case No.: 14-3025 (AKH) (JCF)<br><br>**DEFENDANT DELTA AIR LINES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>ECF CASE |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys for Defendant DELTA AIR LINES, INC. i/s/h/a "Delta Air Line, Inc.," (hereinafter "DELTA") certify that DELTA has no corporate parents and no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
    May 2, 2014

                MARTINEZ & RITORTO, P.C.

                 /S Louis R. Martinez
              By _____
                Louis R. Martinez, Esq. (LM9155)

              30 Wall Street, 8th Floor
              New York, New York 10005
              (212) 248-0800

*Attorneys for Defendant*
DELTA AIR LINES, INC.
i/s/h/a Delta Air Line, Inc.

# ATTORNEY'S AFFIRMATION OF SERVICE

I, the undersigned, an attorney duly admitted to practice in the courts of the State of New York, state that I am one of the attorneys for Defendant DELTA AIR LINES, INC., in the within action; on May 2, 2014, I served the following:

**DEFENDANT DELTA AIR LINES, INC.'S ANSWER TO THE VERIFIED COMPLAINT; and RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

by forwarding a copy to the following person at his last known address set forth below via First Class Mail:

Law Office of Dana Stricker PLLC
903 Sheridan Avenue, 2nd Floor
Bronx, New York 10451

*Attorneys for Plaintiffs*

I affirm the foregoing statements are true, under penalties of perjury.

Dated: May 2, 2014

　　　　　　　　　　　　　　　　　　　　　　Michael Maragoudakis