UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Denae Kassotis and Dana Stricker

                           CIVIL ACTION NUMBER: 14 CV 3025

               Plaintiffs

                          **RULE 26**
                        **AUTOMATIC DISCLOSURE**

             -against-

Delta Air Line, Inc., Della Brown
and Tara Carr


               Defendants.
-------------------------------------------------------------x

THE PLAINTIFFS, by their attorneys, the Law Office of Dana Stricker, PLLC, as in for their automatic disclosure pursuant to rule 26 Federal Rules of Civil Procedure, as follows:

    1.    In addition to the Plaintiffs themselves, the following individuals are likely to have discoverable information that they may use to support their claim:

           a. Della Brown
           b. Tara Carr

    2.    There are no HIPPA authorizations relevant to this case.

The Plaintiffs reserve the right to supplement and/or amend the forgoing response prior to the completion of discovery.

Dated: Bronx, New York
June 20, 2014

_____
Dana Stricker, Esq.
180 East 162nd Street
Suite 1E
Bronx, New York 10451

Martinez & Ritorto, P.C.
30 Wall Street 8th Floor
New York, N.Y. 10005
Ph: 212-248-0800